UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCORRO MAXIMINO, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>140 GREEN LAUNDROMAT, INC.; 824 GREEN LAUNDROMAT, INC; GREEN LAUNDROMAT, INC.; and JAE J. KIM; jointly and severally,<br><br>Defendants. | 14 CV 6948 (KPF) |

### NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS

**Please take notice** that, upon the accompanying affirmation, the plaintiff will move this Court, before Hon. Katherine Polk Failla, United States District Judge, for an award of attorney's fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
John M Gurrieri
jmgurrieri@zellerlegal.com
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, NY 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
       July 28, 2015